H. RIGGART et al. v. STATE.

No. A-1326. Opinion Filed February 3, 1912.

Appeal from Oklahoma County Court; John. W. Hayson, Judge.

H. Riggart and William Gilbreck were convicted of violating the prohibitory law, and appeal. Affirmed.

Lee F. Wilson and E. G. Wilson, for plaintiffs in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM. Plaintiffs in error were convicted in the county court of Oklahoma county at the April, 1911, term on a charge of selling intoxicating liquor, and the punishment of H. Riggart was fixed

at a fine of five hundred dollars and confinement in the county jail for a period of six months, and that of William Gilbreck at a fine of fifty dollars and confinement in the county jail for a period of one month. No errors appearing from the record, the judgment of the trial court is affirmed.